FILED IN
COURT OF CRIMINAL APPEALS

March 10, 2015

ABEL ACOSTA, CLERK

PD-0261-15

APPELLATE NO. _____

PD-0261-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/10/2015 10:04:47 AM
Accepted 3/10/2015 11:03:56 AM
ABEL ACOSTA
CLERK

| | | |
|---|---|---|
| DANIEL ZALMAN | § | IN THE COURT OF |
| VS. | § | CRIMINAL APPEALS |
| THE STATE OF TEXAS | § | STATE OF TEXAS |

**APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW**

**TO THE HONORABLE JUSTICES OF THE THIRTEENTH COURT OF APPEALS:**

**COMES NOW,** the Appellant and files this his Motion for Extension of Time to File Petition for Discretionary Review, pursuant to Rules 9 and 10.5b of the Texas Rules of Appellate Procedure, and in support thereof would show the Court as follows:

I.

That the Appellant in this cause was convicted in the County Court of Wharton County, Texas, of the misdemeanor offense of DWI in Cause No. 57,007 and his punishment was assessed at 180 days in the County Jail but probated for 12 months. Appellant timely filed a Motion for New Trial on January 4, 2011. A hearing was held and a new trial was granted. The Appellee filed a Notice of Appeal on March 2, 2011 and was docketed in the 13th Court of Appeals as Case No. 13-11-00115-CR.

The Thirteenth Court of Appeals affirmed the trial court's order granting a new trial and Appellee filed its petition for discretionary review which the Court granted on January 9, 2013. The State filed its Brief on February 11, 2013. The Appellant filed its brief on April 1, 2013.

The Court of Criminal Appeals on June 5, 2013 reversed the Judgment and the mandate was issued on July 2, 2013.

II.

The notice of appeal was filed on June 28, 2013 and was docketed in the 13th Court of Appeals as Case No. 13-13-00471-CR.

III.

The Thirteenth Court of Appeals affirmed the trial court's judgment on February 5, 2015.

IV.

That this is Appellant's first request for an extension of time to file the Appellant's Petition

*Law Offices*
**MANSKE, MANSKE, PLLC**
121 E. MONSERATTE
EL CAMPO, TEXAS 77437



for Discretionary Review.

V.

That the Appellant's attorney hereby requests an extension of time to file the Appellant's Petition for Discretionary Review until the 5th day of April, 2015, and as reasons therefor would show the Court as follows:

That the undersigned counsel has been working to complete the Petition for Discretionary Review but has had unexpected trial settings in the last 30 days and has several felony and misdemeanor trials scheduled in the next thirty (30) days, and therefore has not been able to devote sufficient amount of time to the review of this entire record and the preparation of the brief. Counsel request an additional thirty days but is hopeful the brief will be filed prior to the requested deadline.

**WHEREFORE, PREMISES CONSIDERED,** the undersigned counsel respectfully prays that this Honorable Court extend the time for filing the Appellant's Brief in this cause until the 5th day of April, 2015.

RICHARD L. MANSKE
ATTORNEY FOR APPELLANT
BAR CARD NO. 19256500

MANSKE & MANSKE, PLLC
121 E. Monseratte St.
El Campo, Texas 77437
(979) 543-6832
(979) 543-5300 fax

*Law Offices*
MANSKE, MANSKE, PLLC
121 E. MONSERATTE
EL CAMPO, TEXAS 77437

## VERIFICATION

**STATE OF TEXAS** §

**COUNTY OF WHARTON** §

    **BEFORE ME**, the undersigned Notary Public, on this day personally appeared, **RICHARD L. MANSKE,** who being by me duly sworn on her oath deposed and said that he is the attorney for **DANIEL ZALMAN** in the above-entitled and numbered cause; that he has read the above and foregoing Motion For Extension of Time to File Appellants Brief; and that every statement contained therein is within his knowledge and true and correct.

_____
**RICHARD L. MANSKE**

    **SUBSCRIBED AND SWORN TO BEFORE ME** on the __6__ day of February, 2015, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

MARY JO BEERY
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 09-20-2017

*Law Offices*
**MANSKE, MANSKE, PLLC**
121 E. MONSERATTE
EL CAMPO, TEXAS 77437

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was mailed certified mail, return receipt requested, on the ___6___ day of February, 2015, properly addressed to the following:

Mr. Ross Kurtz
Wharton County District Attorney
210 S. Rusk
Wharton, Texas 77488

Mr. Nathaniel T. Wood
Assistant District Attorney
Wharton County
210 S. Rusk
Wharton, Texas 77488

RICHARD L. MANSKE

*Law Offices*
MANSKE, MANSKE, PLLC
121 E. MONSERATTE
EL CAMPO, TEXAS 77437